V. ANDREW CASS
Nevada Bar No. 005246
KRISTIN E. MEREDITH
Nevada Bar No. 011655
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada  89118
Tel: 702.893.3383
Fax: 702.893.3789
Attorneys for Defendants
*State Farm Mutual Automobile Insurance Company ("State Farm Auto") and State Farm Fire and Casualty Company ("State Farm Fire")*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN TANNER HANSEN, individually; CLARK LEFEVRE, individually and as parent of CRAIG LEFEVRE,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation; and MARK SCHEPPMANN; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No.   2:10-cv-01434-MMD-RJJ<br><br>STATE FARM AUTO AND STATE FARM FIRE'S NOTICE OF WITHDRAWAL OF EMERGENCY MOTION FOR PROTECTIVE ORDER DOCKET NO. 148 |

///

///

///

///

///

///

///

///

4825-4646-7088.1

1

1  Defendants State Farm Auto and State Farm Fire hereby withdraw their Emergency
2  Motion for Protective Order, Docket No. 148
3  DATED this 16 day of August

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Kristin E. Meredith
V. ANDREW CASS, Esq.
Nevada Bar No. 005246
KRISTIN E. MEREDITH, Esq.
Nevada Bar No. 011655
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants
State Farm Fire and State Farm Auto

IT IS SO ORDERED. EMERGENCY MOTION FOR PROTECTIVE ORDER [148]
IS WITHDRAWN FROM CONSIDERATION BY THE COURT.
DATE: AUGUST 20, 2012

_____
UNITED STATES MAGISTRATE JUDGE

4825-4646-7088.1

2