UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEPHEN TANNER HANSEN, et al., | Case No. 2:10-cv-01434-MMD-RJJ |
| Plaintiffs, | |
| v. | AMENDED ORDER |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., | |
| Defendants. | |

Pursuant to Local Rule 16-5, it is ordered that the parties schedule a settlement conference with the Magistrate Judge within forty-five (45) days from the date of this Order.

DATED THIS 21st day of December 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE