UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHEN TANNER HANSEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 2:10-cv-01434-MMD-NJK<br><br>ORDER<br><br>(Motion for Summary Adjudication of Damages – dkt. no. 108) |

Before the Court is Defendant State Farm Fire & Casualty Company ("SFF") and State Farm Mutual Automobile Insurance Company's ("SFA") Motion for Summary Adjudication of Damages (dkt. no. 108).

This case concerns an assignment of rights belonging to an insured against an insurance company. The original lawsuit involving the parties to this case was filed in state court in late 2004. The facts giving rise to that lawsuit and this one have been described at length in this Court's prior orders. (*See, e.g.,* dkt. nos. 101, 176, 177.)

Defendants jointly move for summary adjudication on (1) Plaintiffs' claims for emotional distress damages; and (2) Plaintiffs' claims for punitive damages. They also move for the Court to determine that Plaintiffs' recoverable damages, if any, are limited to the stipulated judgments entered into with Brad and Ernest Aguilar, plus interest.

The Court has granted summary judgment on several of the claims brought against SFF, mooting some of the arguments contained in SFF's brief. (*See* dkt. no.

177.) Moreover, several motions are pending before this Court (though not fully briefed), which may moot Defendants' request. (*See* dkt. nos. 183, 186.) The Court accordingly determines that it would be premature to rule on the Motion for Summary Adjudication. The Motion is dismissed without prejudice. The parties may re-file the Motion in pertinent part within thirty (30) days after the Court has ruled on the pending dispositive motions regarding liability.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Adjudication of Damages (dkt. no. 108) is DENIED WITHOUT PREJUDICE.  Defendants may file a renewed motion for summary judgment within thirty (30) days after the Court has ruled on the pending dispositive motions regarding liability.

ENTERED THIS 8th day of March 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE