# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HANSEN, et al., | |
|     Plaintiffs, | Case No. 2:10-cv-001434-MMD-NJK |
| vs. | ORDER |
| STATE FARM MUTUAL AUTOMOBILE COMPANY, et al., | |
|     Defendants. | |

This matter is before the Court on Plaintiffs' Motion to File Under Seal Their Response to Order to Show Cause Due to Confidential Settlement Information (#196).

Under LR 10-5, "papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal." LR 10-5(b). "All papers filed under seal will remain sealed until such time as the Court may deny the motion to seal or enter an order to unseal them, or the documents are unsealed pursuant to Local Rule." *Id*. Therefore, motions to seal must accompany the documents they wish to seal.

Here, the Plaintiffs have yet to file the document they wish to seal with the Court and it did not accompany the motion to seal. Thus, the Court cannot determine at this time whether sealing the Response is proper.

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' Motion to File Under Seal Their Response to Order to Show Cause Due to Confidential Settlement Information (#196) is DENIED without prejudice.

DATED this 13th day of March, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge