# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HANSEN, et al., | |
| Plaintiffs, | Case No. 2:10-cv-001434-MMD-NJK |
| vs. | ORDER |
| STATE FARM MUTUAL AUTOMOBILE COMPANY, et al., | |
| Defendants. | |

This matter comes before the Court on Defendant's Motion to Seal Response to Plaintiff's Order to Show Cause Response (#208).

## PROCEDURAL BACKGROUND

The procedural background of this matter has already been detailed in the Court's March 15, 2013, Order Granting Plaintiff's Emergency Motion to Seal (#201). In that Order, the Court ordered for the Defendants to respond to the Plaintiff's Response and additionally ordered the clerk to serve the Defendants with a copy of the Plaintiff's Response. In accordance with that Order, the Defendants have filed a response and are requesting the response remain sealed. The Defendants have included a certificate of service indicating that their response has already been served on the Plaintiff.

## DISCUSSION

To demonstrate good cause to seal a document, "the party seeking protection bears the burden of showing specific prejudice or harm will result if no protective order is granted." *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir.2002)).

Here, the Defendants have indicated that their Response contains statements and information relating to confidential settlement discussions. For this reason, the Plaintiffs argue, their Response should not be public. The Court agrees. Accordingly, the Response should remain sealed.

The Defendant's Motion indicates that it has already been served on all parties through the Court's electronic service.

## CONCLUSION

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Motion to Seal (#208) is **GRANTED**.

DATED this  3rd  day of April, 2013.

_____
**NANCY J. KOPPE**
**United States Magistrate Judge**