UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HANSEN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> STATE FARM MUTUAL AUTOMOBILE ) <br> COMPANY, et al., ) <br> ) <br> Defendants. ) <br>  ) | Case No. 2:10-cv-001434-MMD-NJK <br><br> ORDER |

This matter comes before the Court on Defendant's Motion to Seal Response to Plaintiff's Order to Show Cause Response (#208).

**PROCEDURAL BACKGROUND**

The procedural background of this matter has already been detailed in the Court's March 15, 2013, Order Granting Plaintiff's Emergency Motion to Seal (#201). In that Order, the Court ordered for the Defendants to respond to the Plaintiff's Response and additionally ordered the clerk to serve the Defendants with a copy of the Plaintiff's Response. In accordance with that Order, the Defendants have filed a response and are requesting the response remain sealed. The Defendants have included a certificate of service indicating that their response has already been served on the Plaintiff.

**DISCUSSION**

To demonstrate good cause to seal a document, "the party seeking protection bears the burden of showing specific prejudice or harm will result if no protective order is granted." *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir.2002)).

1    Here, the Defendants have indicated that their Response contains statements and
2 information relating to confidential settlement discussions. For this reason, the Plaintiffs argue,
3 their Response should not be public. The Court agrees. Accordingly, the Response should
4 remain sealed.
5    The Defendant's Motion indicates that it has already been served on all parties through
6 the Court's electronic service.

## CONCLUSION

8    Based on the foregoing, and good cause appearing therefore,
9    IT IS HEREBY ORDERED that Defendant's Motion to Seal (#208) is **GRANTED**.

11    DATED this  3rd  day of April, 2013.

_____
**NANCY J. KOPPE**
**United States Magistrate Judge**