UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHEN TANNER HANSEN, et al., | Case No. 2:10-cv-01434-MMD-NJK |
| Plaintiffs, | |
| v. | ORDER |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., | |
| Defendants. | |

The Court has reviewed the Joint Status Report and the Order from the state district court (dkt. nos. 231 and 232). The Court finds that good cause exists to lift the stay. The state district court's Order (dkt. no. 232) attached as Exhibit A to the Report) gives Plaintiffs a valid assignment and standing to proceed in this case. While Plaintiffs may seek reconsideration of that Order and/or relief through appellate review, whether the Order will be reconsidered or reversed is too speculative at this point to support a continuing stay. It is therefore ordered that the stay is lifted.

DATED THIS 2nd day of October 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE