UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STEPHEN TANNER HANSEN, et al., | Case No. 2:10-cv-01434-MMD-NJK |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., | |
| Defendants. | |

On April 23, 2014, the Supreme Court of the State of Nevada filed an Order Regarding NRAP 5 Certification Order (dkt. no. 269) inviting this Court to transmit its Order denying Defendant State Farm Auto's Motion for Summary Judgment ("Summary Judgment Order") (dkt. no. 176) as it sets forth the facts relevant to its Certification Order (dkt. no. 246).

The Clerk of the Court is therefore directed to forward a copy of this Court's Summary Judgment Order (dkt. no. 176) to the Clerk of the Nevada Supreme Court under official seal of the United States District Court for the District of Nevada.

DATED THIS 29th day of April 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE