V. ANDREW CASS, ESQ.
Nevada Bar No. 005246
Email: Drew.Cass@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
Email: Priscilla.Obraint@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
Attorneys for Defendants
*State Farm Mutual Automobile Insurance Company ("State Farm Auto") and State Farm Fire and Casualty Company ("State Farm Fire")*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN TANNER HANSEN, individually; CLARK LEFEVRE, individually and as parent of CRAIG LEFEVRE, <br><br>Plaintiffs, <br><br>v. <br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation; and MARK SCHEPPMANN; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive, <br><br>Defendants. | Case No.   2:10-cv-01434-KJD-RJJ <br><br>**DEFENDANTS STATE FARM AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY'S MOTION TO REMOVE ATTORNEYS FROM THE SERVICE LIST** |

Defendants STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY ("Defendants"), by and throught their attorneys of record V. Andrew Cass, Esq. and Priscilla L. O'Briant, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby request that Jeffrey D. Olster, Esq., Kristen E. Meredith, Esq., Nancy J. Heimerle, Esq. and Rachel J. Holzer, Esq. be removed from the list of counsel to be noticed.

/ / /

/ / /

4827-2600-6825.1                                                                  1

| | |
|---|---|
| 1 | Kristen E. Meredith, Esq., Nancy J. Heimerle, Esq. and Rachel J. Holzer, Esq. are no longer with |
| 2 | Lewis Brisbois Bisgaard & Smith, LLP. Given the appearance of these attorneys on behalf of |
| 3 | Defendants, no party will be prejudiced by the counsels' withdrawal. |
| 4 | DATED this 5th day of October, 2015 |
| 5 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By  */s/ V. Andrew Cass*
V. ANDREW CASS, ESQ.
Nevada Bar No. 005246
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
*Attorneys for Defendants State Farm Mutual Automobile Insurance Company ("State Farm Auto") and State Farm Fire and Casualty Company ("State Farm Fire")*

IT IS SO ORDERED.

Dated: October 6, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

4827-2600-6825.1

2

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard Smith LLP and that on this 5th day of October, 2015, I did cause a true copy of the foregoing **DEFENDANTS STATE FARM AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY'S MOTION TO REMOVE ATTORNEYS FROM THE SERVICE LIST** in <u>Hansen, et al. v. State Farm Mutual Automobile Insurance Company, et al.</u>, United States District Court Case No. 2:10-cv-01434-MMD-NJK, was served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Mail Notice List.

By: */s/ Kellene McKay*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP