1  V. ANDREW CASS, ESQ.
   Nevada Bar No. 005246
2  ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
3  PRISCILLA L. O'BRIANT, ESQ.
   Nevada Bar No. 010171
4  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada  89118
   TEL.:  702.893.3383
6  FAX:   702.893.3789
   E-Mail:  drew.cass@lewisbrisbois.com
7  E-Mail:  robert.freeman@lewisbrisbois.com
   E-Mail: priscilla.obriant@lewisbrisbois.com
8  Attorneys for Defendant
   *State Farm Mutual Automobile Insurance Company*
9  *(hereafter"State Farm Auto")*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN TANNER HANSEN, individually; CLARK LEFEVRE, individually, and as parent of CRAIG LEFEVRE,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation; and MARK SCHEPPMANN; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No. 2:10-cv-01434-KJD-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their respective undersigned counsel of record, agree and stipulate that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

/ / /

4821-2986-6556.1                                              1

1   IT IS FURTHER STIPULATED AND AGREED that there are no pre-trial hearings or a
2   trial date set in this matter.

3   Dated this 30th day of November, 2016          Dated this 19 day of December, 2016

4   BOWEN LAW OFFICES                              LEWIS BRISBOIS BISGAARD & SMITH LLP

6   By: /s/ Jerome R. Bowen                        By: /s/ V. Andrew Cass
    JEROME R. BOWEN, ESQ.                          V. ANDREW CASS, ESQ.
7   Nevada Bar No. 04540                           Nevada Bar No. 05246
    SARAH M. BANDA, ESQ.                           ROBERT W. FREEMAN, ESQ.
8   Nevada Bar No. 11909                           Nevada Bar No. 03062
    9960 W. Cheyenne Ave., Suite 250               PRISCILLA L. O'BRIANT, ESQ.
9                                                  Nevada Bar No. 10171
    Las Vegas, NV  89129
10  *Attorneys for Plaintiffs*                     6385 S. Rainbow Blvd., Suite 600
                                                   Las Vegas, NV  89118
11                                                 *Attorneys for Defendant*

17  Dated: December 19, 2016                       IT IS SO ORDERED.

18                                                 _____
                                                   U.S. District Judge

4821-2986-6556.1                                   2